JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   CV 21-03005-JFW-(DFMx) | Date: October 28, 2021 |
| Title:   Yuanyuan Zheng v. Alejandro Mayorkas et al | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):   DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

On October 13, 2021, the Court issued an Order to Show Cause Re: Lack of Prosecution. Plaintiff was warned that failure to respond would result in the dismissal of this action if good cause was not shown for any extension of time.  Plaintiff was to respond to the Court's Order to Show Cause no later than October 27, 2021.

As of the date of this Order, there has been no response to the Court's Order to Show Cause. Accordingly, this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr